UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Ruzina<br>      Debtor | |
| BAYVIEW LOAN SERVICING, LLC,<br>its successors and/or assigns<br>      Movant<br>   v.<br>Christine Ruzina<br>      Respondent<br>   and<br>Robert H. Slone Esq., Trustee<br>      Additional Respondent | BK. NO. 17-24974 CMB<br><br>CHAPTER 7<br>Related to Docket #___16___<br><br><br><br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

  AND NOW, this 7th day of May, 2018, at Pittsburgh, upon Motion of BAYVIEW LOAN SERVICING, LLC, it is

  **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2371 School Street fka RD4 Box 1249 Mt. Pleasant Street, Mount Pleasant, PA 15666 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

              *Carlota M. Böhm*
              _____
              United States Bankruptcy Judge dmr

FILED
5/7/18 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Christine Ruzina
2371 School Street
Mount Pleasant, PA 15666

Candice J. Raymond
1 Etze Avenue
Suite 211
Mount Pleasant, PA 15666
craymondlaw@gmail.com

Robert H. Slone Esq.
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601
robert.slone@7trustee.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christine Ruzina  
    Debtor

Case No. 17-24974-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 07, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.  
db            +Christine Ruzina,    2371 School Street,    Mount Pleasant, PA 15666-2920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:  
         Candice J. Raymond    on behalf of Debtor Christine  Ruzina craymondlaw@gmail.com, craymond.beacon@gmail.com  
         James  Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Robert H. Slone, Trustee     robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com  
         Robert H. Slone, Trustee     on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com  
                                                                                  TOTAL: 5